CGFI11 (9/19/08)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 10–17001–EPK

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Ronik Seecharan  
11094 Stonewood Forest Trail  
Boynton Beach, FL 33473  

SSN: xxx–xx–3962

Maribel Seecharan  
11094 Stonewood Forest Trail  
Boynton Beach, FL 33473  

SSN: xxx–xx–2220

## NOTICE OF DEADLINE TO CORRECT FILING DEFICIENCY
## TO AVOID DISMISSAL OF CASE WITHOUT FURTHER NOTICE

The above referenced case was filed on **March 19, 2010** and is deficient for the following reason(s):

A Local Form "Declaration Under Penalty of Perjury to Accompany Petitions, Schedules and Statements Filed Electronically" containing imaged signature(s) of the debtor and/or joint debtor was not submitted with the initial petition, or is otherwise deficient as indicated:

**Notice is hereby given to the debtor that the above–noted deficiency(ies) must be corrected on or before March 26, 2010 or the court will dismiss this case without further notice or hearing.**
***NOTE:*** **Debtor's attorney or a bankruptcy preparer may not sign on behalf of the debtor any paper requiring the debtor's original signature.**

**Dated: 3/19/10**

**CLERK OF COURT**  
By: Hilda Corral  
Deputy Clerk

The clerk shall serve a copy of this notice on the Debtor and Attorney for Debtor.