UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: ) <br> ) <br> RONIK SEECHARAN & ) <br> MARIBEL SEECHARAN, ) <br> ) <br> Debtor(s) ) <br> ) <br> ) | Case No. 10-17001-EPK <br><br> Chapter 13 |

## EX PARTE MOTION FOR SECOND ENLARGEMENT OF TIME
## TO FILE REQUIRED DOCUMENTS

RONIK & MARIBEL SEECHARAN, ("Debtors"), by and through undersigned counsel, files this request for Enlargement of Time pursuant to Rule 9006(b) and in support thereof states:

1. Debtors filed their petition on or about March 19, 2010.

2. This court set April 16, 2010 (the "Deadline"), as the deadline to file required schedules and statements.

3. Undersigned law firm has made significant progress in this regard but requires an additional five (5) days to finalize the filing.

4. A 341 Meeting has not yet been scheduled for this matter.

5. This motion for enlargement of time is filed prior to expiration of the period prescribed by the Court.

6. Granting an enlargement of time will not work prejudice towards any parties to this matter.

WHEREFORE, RONIK SEECHARAN AND MARIBEL SEECHARAN request an enlargement of time until April 21, 2010 to file schedules and statements listed in this court's

1

Notice of Deadline to File Required Documents and/or Correct Filing Deficiencies, along with any other relief this Court deems just and proper.

                Respectfully submitted this 16th day of April, 2010

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**Jeffrey Harrington, Esq.**
Harrington Law Associates, PLLC
224 Datura Street, Suite 510
West Palm Beach, FL 33401
T: (561) 253-6690
F: (561) 584-6549
E: jeff@myhlaw.com

s/ Jeffrey Harrington_____
Jeffrey Harrington, Esq.
FL Bar No. 55981