ORDERED in the Southern District of Florida on  APR 21 2010



Erik P. Kimball, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: )
 )   Case No. 10-17001-EPK
RONIK SEECHARAN & )
MARIBEL SEECHARAN )
 )   Chapter 13
        Debtor(s) )
 )
_____)

### ORDER GRANTING SECOND ENLARGEMENT
### OF TIME TO FILE REQUIRED DOCUMENTS

**THIS CAUSE** came before the court on Ronik Seecharan and Maribel Seecharan (collectively, "Debtors") Motion for Enlargement of Time to File Required Documents, pursuant Rule 1007(c) and Rule 9006(b), and, the court being fully advised that the §341 meeting for the above-styled matter has not yet been scheduled, it is hereby:

**ORDERED** that the Debtor's Motion is GRANTED and that Debtor shall file required documents on or before April 21, 2010;

# # #

Submitted by:

Jeffrey Harrington, Esq.
Attorney for Debtor
224 Datura Street, Suite. 510
West Palm Beach, FL 33401
jeff@myhlaw.com
Fax: (561) 584-6549

COPIES TO:

Jeffrey Harrington who shall serve a copy on the Assistant U.S. Trustee and all counsel or parties who have filed appearances.