UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: )
) Case No. 10-17001-EPK
RONIK SEECHARAN & )
MARIBEL SEECHARAN, )
) Chapter 13
Debtor(s) )
)
)

## CERTIFICATE OF FUNDS IN TRUST
## PURSUANT LOCAL RULE 9013-1(E)(1)

COUNSEL FOR RONIK & MARIBEL SEECHARAN, ("Debtors"), pursuant to Local Rule 9013-(E)(1), files this certificate as follows:

1. Debtors have tendered to undersigned counsel the amount of $4,723.70, which represents the amount due to date under Debtors' proposed plan.

2. Undersigned counsel currently has said funds undersigned law firm's trust account.

Respectfully submitted this 1st day of April, 2010

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**Jeffrey Harrington, Esq.**
Harrington Law Associates, PLLC
224 Datura Street, Suite 505
West Palm Beach, FL 33401
T: (561) 253-6690
F: (561) 584-6549
E: jeff@myhlaw.com

s/ Jeffrey Harrington_____
FL Bar No. 55981

1