UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Case No. 10-17001-EPK

RONIK SEECHARAN & MARIBEL SEECHARAN
    Debtor(s).
_____/

## CERTIFICATE OF SERVICE

I certify that a true copy of the Notice of Hearing on Debtors' Motion to Vacate Order of Dismissal & Reinstate Chapter 13 Case was served the 30th day of April, 2010, as follows:

First Class Mail:

AMS Servicing, LLC, c/o Lawrence M. Weisb,
21301 Powerline Road, Suite 100
Boca Raton, FL 33433-2389

Canyon Isles Homeowners Association, Inc., Sachs Sax Caplan
6111 Broken Sound Parkway, NW, Suite 200
Boca Raton, FL 33487-2774

HSBC Bank USA,
National Association
P.O. BOX 25018
Tampa, FL 33622-5018

Commerce Bank
2130 Centrepark West Drive
West Palm Beach, FL 33409-6411

GRP Financial Services Corp
445 Hamilton Ave, 8th Fl
White Plains, NY 10601-1807

NCO Fin/33
Po Box 13584
Philadelphia, PA 19101

LF-46 (rev. 12/01/09)

Palisades Collections, LLC
Vativ Recovery Solutions LLC,
As Agent For Palisades Collections, LLC,
PO Box 19249
Sugar Land TX 77496-9249

Sears/Cbsd
Po Box 6189
Sioux Falls, SD 57117-6189

The Collection Team
P.O. Box 667197
Pompano Beach, FL 33066-7197

Veritas Instrument Ren
10720 Park Blvd Ste F
Seminole, FL 33772-5461

Wells Fargo HM Mortgage
8480 Stagecoach Cir
Frederick, MD 21701-4747

Electronic Notice via CM/ECF and Email

Maurice Hinton on behalf of Creditor Canyon Isles Homeowners Association, Inc.
mhinton@ssclawfirm.com, nmrdock@ssclawfirm.com

Office of the US Trustee
USTPRRegion21.MM.ECF@usdoj.gov

Gavin N. Stewart on behalf of Creditor HSBC Bank USA, National Association
Sobkmail@defaultlawfl.com

Robin R. Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

Lawrence M. Weisberg on behalf of Creditor AMS Servicing
bankruptcy@lmwlegal.com

LF-46 (rev. 12/01/09)

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**Jeffrey Harrington, Esq.**
Harrington Law Associates, PLLC
224 Datura Street, Suite 505
West Palm Beach, FL 33401
T: (561) 253-6690
F: (561) 584-6549
E: jeff@myhlaw.com
FL Bar No. 55981
Attorney for Debtors

 /s/ Jeffrey Harrington

LF-46 (rev. 12/01/09)