UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:  )
     )  Case No. 10-17001-PGH
RONIK and MARIBEL SEECHARAN,  )
     )  Chapter 13
          Debtor(s).  )
     )
     )

**MOTION TO VALUE AND DETERMINE
SECURED STATUS OF LIEN ON REAL PROPERTY**

IMPORTANT NOTICE TO CREDITORS:
THIS IS A MOTION TO VALUE YOUR COLLATERAL

**This Motion seeks to value collateral described below securing the claim of the creditor listed below.**

**If you have not filed a proof of claim, you have until the later of the claims bar date or 21 days from the date this Motion was served upon you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled.  See Local Rule 3015-3(A)(4)**

    1.    Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, Local Rule 3015-3, the debtor seeks to value real property allegedly securing the claim of AMS Servicing, LLC.  Lender holds a mortgage recorded at OR Book 20759, page 995 in the official records of Palm Beach County, Florida.

    2.    The real property (the "Property") is located at 11094 Stonewood Forest Trail · Boynton Beach · Florida · 33437, and is more particularly described as follows:

**Lot 125, Canyon Isles · Plat Two, according to the Plat thereof, as recorded in
Plat Book 105, at page 40, of the Public Records of Palm Beach County, Florida.**

**Parcel Identification Number: 00-42-43-27-05-059-0061**

    3.    At the time of the filing of this case, the value of the Property is **$290,000.00** as determined by the fair market value and a certified appraisal performed by TNN Appraisal.

    4.    Setting to one side taxes due on the Property, there are no parties holding liens senior to the

Lender.

    5.    Lender's collateral consists solely of the Property. As there is no equity in the Property, the value of Lender's secured interest is $290,000.00.

    6.    The undersigned reviewed the docket and claims register and states that the Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed.

    7.    The subject real property may not be sold or refinanced without proper notice and further order of the court.

**WHEREFORE,** the Debtors respectfully request an order of the Court (a) determining the value of the real property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above, (d) if Lender's secured interest in the real property is determined to be $0.00, deeming Lender's mortgage on the real property void and extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case, and (e) providing such other and further relief as is just.

**NOTICE IS HEREBY GIVEN THAT:**

    **1.**    In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the debtor, the debtor's attorney, and the trustee at or before the hearing scheduled on this Motion, the value of the collateral may be established at the amount stated above without further notice, hearing or order of the Court. Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

    **2.**    The undersigned acknowledges that this Motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by **electronic mail to**:

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

EDI: FLDEPREV.COM; Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668; CAPITALONE.COM Cap One, Po Box 85520, Richmond, VA 23285-5520; CBCSI.COM Cbcs, Po Box 163250, Columbus, OH 43216-3250; WESTASSET.COM West Asset Management, 2703 N Highway 75,Sherman, TX 75090-2567

**And by Regular U.S. Mail to**:

**HSBC Bank USA**, P.O. BOX 25018, Tampa, FL 33622-5018 · **AMS Servicing, LLC**, 3374 Walden Avenue, Suite 120, Depew, NY 14043-2437 · **Cap One**, PO Box 85520, Richmond,VA 23285 · **AMS Servicing, LLC**, c/o Lawrence M. Weisb, 21301 Powerline Road, Suite 100, Boca Raton, FL 33433-2389 · **Canyon Isles Homeowners Association, Inc**., Sachs Sax Caplan, 6111 Broken Sound Parkway, NW, Suite 200, Boca Raton, FL 33487-2774 · **Capital One Bank (USA), N.A**., by American Infosource Lp As Agent, PO Box 71083, Charlotte, NC 28272-1083 · **CBCS**, Po Box 163250, Columbus, OH 43216-3250 · **Commerce Bank**, 2130 Centrepark West Drive, West Palm Beach, FL 33409-6411 · **GRP Financial Services Corp**, 445 Hamilton Ave, 8th FL, White Plains, NY 10601-1829 · **HSBC Bank USA, National Association**, 1 Home Campus, Bankruptcy Payment Processing, MAC# x2302-04c, Des Moines, IA 50328-0001  · **NCO Fin/33**, Po Box 13584, Philadelphia, PA 19101 · **Palisades Collections, LLC**, Vativ Recovery Solutions LLC As Agent, PO Box 19249, Sugar Land TX 77496-9249 · **Palm Beach County Tax Collector**, c/o James M. Brako, Esq., P. O. Box 3715, West Palm Beach, FL 33402-3715 · **Sears/CBSD**, Po Box 6189, Sioux Falls, SD 57117-6189 Seminole, FL 33772-5461 · **The Collection Team**, P.O. Box 667197, Pompano Beach, FL 33066-7197 · **Veritas Instrument Ren**, 10720 Park Blvd Ste F, Seminole, FL 33772-5461 · **Wells Fargo Hm Mortgag**, 8480 Stagecoach Cir, Frederick, MD 21701-4747 · **West Asset Management**, 2703 N Highway 75, Sherman, TX 75090-2567

Respectfully submitted this 27th day of June, 2010.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**Jeffrey Harrington, Esq.**
Harrington Law Associates, PLLC
224 Datura Street, Suite 510
West Palm Beach, FL 33401
T: (561) 253-6690
F: (561) 370-6802
E: jeff@myhlaw.com

 _/s/ Jeffrey Harrington_____
Jeffrey Harrington, Esq.
FL Bar No. 55981